## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )     Criminal No. 04-511
                               )
MARC JEANTY,                   )
                               )
          Defendant.           )
_____)
```

### ORDER

This matter comes before the Court on the Government's Motion for Reduction of Sentence for Substantial Assistance pursuant to Rule 35(b). It appearing to the Court that Defendant has provided "substantial assistance in investigating or prosecuting another person," Fed. R. Crim. P. 35(b), it is hereby

ORDERED that Government's Motion is GRANTED and the Defendant's sentence is reduced from 21 months heretofore imposed to 4 months and a period of two years of supervised release. A condition of Defendant's supervised release is that he serve ten months of that period in home confinement with electronic monitoring.

/S/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August _19__, 2005